## 28985. WILLIAMS v. BROWN.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JULY 9, 1974.

Arrol ( Errors ) Williams, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28807. BRYANT v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JULY 16, 1974.

Herbert L. Bryant, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.